**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| DEAN GEORGE WALSH, | ) | NO.  CV 15-02015-AB (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| NEIL McDOWELL, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: August 25, 2016

   _____
   ANDRÉ BIROTTE JR.,
   UNITED STATES DISTRICT JUDGE